80,739-03

To WHOM THIS MAY CONCERN,                          3·19·15

        I MAILED A MOTION IN "MANDAMUS" AT
THE BEGINNING OF THIS MONTH AND I HAVENT
RECEIVED ANYTHING BACK SAYING YALL RECIEVED IT OR
NOT. I NEED TO KNOW IF YALL HAVE RECEIVED IT
AND WHATS THE STATIS ON IT. IT WAS 75 PAGES
ALSO, SO COULD SOMEBODY LET ME KNOW SOMETHING.
THANKS AND MAY GOD BLESS YALL.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk